# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire

Hours: Monday – Friday 9 am – 4 pm

www.dgandl.com

100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

October 21, 2020

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Arthur B. Farris IV
138 Oakwood Lane
Burnham, ME 04922

Certified Article Number
9414 7266 9904 2150 8478 20
SENDER'S RECORD

Shellie R. Farris
138 Oakwood Lane
Burnham, ME 04922

Certified Article Number
9414 7266 9904 2150 8478 13
SENDER'S RECORD

Shellie R. Farris
PO Box 94
Unity, ME 04988

Certified Article Number
9414 7266 9904 2150 8478 06
SENDER'S RECORD

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address:   138 Oakwood Lane, Burnham, ME 04922
    Loan Number:        _____
    Payment Due Date:   April 1, 2019

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Planet Home Lending, the Mortgagee, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 and the Owner/Investor, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

EXHIBIT M

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Advanced Financial Services, Inc. its successors and assigns (if MERs) dated July 31, 2004 and recorded in the Waldo County Registry of Deeds in Book 2642, Page 51. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Payments | $27,691.36 |
| Late Charges | $404.37 |
| Suspense Balance | -$508.61 |
| **TOTAL TO CURE DEFAULT:** | $27,587.12 |

A portion of the amount due is reasonable interest in the amount of $16,410.47.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $27,587.12 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Planet Home Lending, Payment Processing, 321 Research Parkway, Suite 303, Meriden, CT 06450. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Planet Home Lending at 203-427-0169 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, the mortgage servicer, which is Planet Home Lending or a counselor approved by the United States Department of Housing and Urban

Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Planet Home Lending at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Planet Home Lending
Loss Mitigation Department/Loan Resolution
321 Research Parkway
Suite 303
Meriden, CT 06450
203-427-0169

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Planet Home Lending
Wilmington Trust, National Association, Not
in Its Individual Capacity, but Solely as

Trustee for MFRA Trust 2015-1

by its attorney

John A. Doonan, Esq.
Reneau J. Longoria, Esq.

JAD/RJL/MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies
56023

This listing is current as of **12/17/2019**.

## Agencies located in MAINE

Agency Name: MAINE STATE HOUSING AUTHORITY
Phone: 207-626-4670
Toll Free: 800-452-4668
Fax: 207-626-4678
Email: mdrost@mainehousing.org
Address: 353 Water Street
AUGUSTA, Maine 04330-4665
Counseling Services: - Pre-purchase Counseling
- Rental Housing Counseling
Languages: - English
Affiliation:
Website: www.mainehousing.org
Agency ID: 81227

Agency Name: MAINE STATE HOUSING AUTHORITY
Phone: 207-626-4670
Toll Free:
Fax:
Email: mdrost@mainehousing.org
Address: 353 Water St
Augusta, Maine 04330-6113
Counseling Services: - Pre-purchase Counseling
- Rental Housing Counseling
Languages: - English
Affiliation: MAINE STATE HOUSING AUTHORITY
Website: http://www.mainehousing.org
Agency ID: 84456

Agency Name: PENQUIS COMMUNITY ACTION PROGRAM
Phone: 207-974-2403
Toll Free: 888-424-0151
Fax: 207-973-3699
Email: hmassow@penquis.org
Address: 262 Harlow Street
BANGOR, Maine 04401-4952
Counseling Services: - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
Languages: - English
Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
Website: http://www.penquis.org
Agency ID: 81649

Agency Name: MIDCOAST MAINE COMMUNITY ACTION
Phone: 207-442-7963-0114
Toll Free: 800-221-2221
Fax: 207-442-0122
Email: theresa.dow@mmcacorp.org
Address: 34 Wing Farm Pkwy
Bath, Maine 04530-1515
Counseling Services: - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
Languages: - English
- Spanish
Affiliation:
Website: http://midcoastmainecommunityaction.org
Agency ID: 80502

Agency Name: COASTAL ENTERPRISES, INCORPORATED
Phone: 207-504-5900
Toll Free: 877-340-2649
Fax:
Email: jason.thomas@ceimaine.org
Address: 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510

| | |
|---|---|
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops |
| | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Predatory Lending Education Workshops |
| | - Rental Housing Counseling |
| | - Reverse Mortgage Counseling |
| | - Services for Homeless Counseling |
| **Languages:** | - English |
| | - Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.celmaine.org |
| **Agency ID:** | 80985 |

| | |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | 207-866-6553 |
| **Email:** | accounting@fourdirectionsmaine.org |
| **Address:** | 20 Godfrey Drive |
| | ORONO, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Financial, Budgeting, and Credit Workshops |
| | - Home Improvement and Rehabilitation Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | MAINE STATE HOUSING AUTHORITY |
| **Website:** | www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

| | |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue |
| | PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Rental Housing Counseling |
| | - Rental Housing Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | www.avestahousing.org |
| **Agency ID:** | 81144 |

| | |
|---|---|
| **Agency Name:** | MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND |
| **Phone:** | 866-232-9080 |
| **Toll Free:** | 866-232-9080 |
| **Fax:** | 866-921-5129 |
| **Email:** | counselinginfo@moneymanagement.org |
| **Address:** | 477 Congress St |
| | 5th Floor |
| | PORTLAND, Maine 04101-3427 |
| **Counseling Services:** | - Financial Management/Budget Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Rental Housing Counseling |
| **Languages:** | - English |
| | - Spanish |
| **Affiliation:** | MONEY MANAGEMENT INTERNATIONAL INC. |
| **Website:** | http://www.moneymanagement.org |
| **Agency ID:** | 82632 |

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- French
- Other
- Swahili

**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

|  |  |
|---|---|
| Agency Name: | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM |
| Phone: | 800-542-8227 |
| Toll Free: |  |
| Fax: |  |
| Email: | N/A |
| Address: | 97 Water St<br>Waterville, Maine 04901-6339 |
| Counseling Services: | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| Website: | http://www.kvcap.org |
| Agency ID: | 81685 |







**WALZ CERTIFIED MAILER®** FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1

Shellie R. Farris
138 Oakwood Lane
Burnham, ME 04922

Label #2

Shellie R. Farris
138 Oakwood Lane
Burnham, ME 04922

Label #3

Shellie R. Farris
138 Oakwood Lane
Burnham, ME 04922

TEAR ALONG THIS LINE

A FOLD AND TEAR THIS WAY ⟶ OPTIONAL

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2150 8478 13

| | |
|---|---|
| Certified Mail Fee | $ 7.05 |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .65 |
| Total Postage and Fees | $ 7.70 |

10/22/2020

Postmark Here

Sent to:

Reference Information

CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

PS Form 3800, Facsimile, July 2015

B

Label #4

Certified Article Number
9414 7266 9904 2150 8478 13
SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8478 16

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

9414 7266 9904 2150 8478 13

FOLD AND TEAR THIS WAY ⟶

C FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8478 16

1. Article Addressed to:

Shellie R. Farris
138 Oakwood Lane
Burnham, ME 04922

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8478 13

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature ☐ Agent
X ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015 Domestic Return Receipt

FORM #45663 VERSION: E0119

**WALZ CERTIFIED MAILER®** FROM **WALZ**

Label #1

Shellie R. Farris
P.O. Box 94
Unity, ME 04922

Label #2

Shellie R. Farris
P.O. Box 94
Unity, ME 04922

Label #3

Shellie R. Farris
P.O. Box 94
Unity, ME 04922

TEAR ALONG THIS LINE

# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2150 8478 06

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | 10/22/2020 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

Sent to:

Reference Information

CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

PS Form 3800, Facsimile, July 2015

A FOLD AND TEAR THIS WAY ⟶ OPTIONAL

B

Label #4

Certified Article Number
9414 7266 9904 2150 8478 06
SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8478 09

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2150 8478 06

FOLD AND TEAR THIS WAY ⟶

C FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8478 09

1. Article Addressed to:

Shellie R. Farris
P.O. Box 94
Unity, ME 04922

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8478 06

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015 Domestic Return Receipt

WALZ CERTIFIED MAILER®

FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1

Arthur B. Farris IV
138 Oakwood Lane
Burnham, ME 04922

Label #2

Arthur B. Farris IV
138 Oakwood Lane
Burnham, ME 04922

Label #3

Arthur B. Farris IV
138 Oakwood Lane
Burnham, ME 04922

TEAR ALONG THIS LINE

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2150 8478 20

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | 10/22/2020 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

Sent to:

Reference Information

CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

PS Form 3800, Facsimile, July 2015

A FOLD AND TEAR THIS WAY → OPTIONAL

B

Label #4

Certified Article Number
9414 7266 9904 2150 8478 20
SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8478 23

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

9414 7266 9904 2150 8478 20

FOLD AND TEAR THIS WAY →

C FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8478 23

1. Article Addressed to:

Arthur B. Farris IV
138 Oakwood Lane
Burnham, ME 04922

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8478 20

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature ☐ Agent
X ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

PS Form 3811, Facsimile, July 2015 Domestic Return Receipt

Thank you for using Return Receipt Service

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Monday, October 26, 2020 4:53 PM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan Graves & Longoria, LLC Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:John Mallaber jmallaber@planet-mg.com (585) 512 1035
120 ERIE CANAL DR STE 240 ROCHESTER, NY 14626


-----
Consumer Information
-----

Consumer First name:Arthur
Consumer Middle Initial/Middle Name: B
Consumer Last name:Farris IV
Consumer Suffix:
Property Address line 1:138 Oakwood Lane Property Address line 2:
Property Address line 3:
Property Address City/Town:Burnham
Property Address State:
Property Address zip code:04922
Property Address County:Waldo

-----
Notification Details
-----

Date notice was mailed:10/23/2020
Amount needed to cure the default:27587.12 Consumer Address line 1:138 Oakwood Lane Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Burnham
Consumer Address State:ME
Consumer Address zip code:04922

# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, October 26, 2020 4:55 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan Graves & Longoria, LLC Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:John Mallaber jmallaber@planet-mg.com (585) 512 1035
120 ERIE CANAL DR STE 240 ROCHESTER, NY 14626


-----
Consumer Information
-----

Consumer First name:Shellie
Consumer Middle Initial/Middle Name: R
Consumer Last name:Farris
Consumer Suffix:
Property Address line 1:138 Oakwood Lane Property Address line 2:
Property Address line 3:
Property Address City/Town:Burnham
Property Address State:
Property Address zip code:04922
Property Address County:Waldo

-----
Notification Details
-----

Date notice was mailed:10/23/2020
Amount needed to cure the default:27587.12 Consumer Address line 1:PO Box 94 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Unity
Consumer Address State:ME
Consumer Address zip code:04988

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Monday, October 26, 2020 4:55 PM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan Graves & Longoria, LLC Owner of the mortgage:Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:John Mallaber jmallaber@planet-mg.com (585) 512 1035
120 ERIE CANAL DR STE 240 ROCHESTER, NY 14626


-----
Consumer Information
-----

Consumer First name:Shellie
Consumer Middle Initial/Middle Name: R
Consumer Last name:Farris
Consumer Suffix:
Property Address line 1:138 Oakwood Lane Property Address line 2:
Property Address line 3:
Property Address City/Town:Burnham
Property Address State:
Property Address zip code:04922
Property Address County:Waldo

-----
Notification Details
-----

Date notice was mailed:10/23/2020
Amount needed to cure the default:27587.12 Consumer Address line 1:PO Box 94 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Unity
Consumer Address State:ME
Consumer Address zip code:04988

# Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8478 09

**1. Article Addressed to:**

Shellie R. Farris
P.O. Box 94
Unity, ME 04922

**2. Certified Mail (Form 3800) Article Number**

9434 7266 9904 2150 8478 06

PS Form 3811, Facsimile, July 2015

---

COMPLETE THIS SECTION ON DELIVERY

**A. Signature**
X _(signature)_  ☐ Agent  ☐ Addressee

**B. Received by (Printed Name)**

**C. Date of Delivery**
10.30.23

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☒ No

**3. Service Type:**
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

Domestic Return Receipt Service

## Envelope 1

US POSTAGE $7.05
FIRST-CLASS
062S0011238745
FROM 01970
S699968.022

CERTIFIED MAIL

BOSTON MA 020
28 OCT 2020 PM 2 L

9414 7266 9904 2150 8478 20

*RES*

1st NOTICE 10/27/2020
2nd NOTICE _____
RETURNED _____

10/21/20
UTF Expired
Env Expired
04922-RES-1N
-R-T-S-
RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

**DOONAN, GRAVES & LONGOR**
ATTORNEYS AT LAW
100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

## Envelope 2

US POSTAGE $7.05
FIRST-CLASS
062S0011238745
FROM 01970
S699968.021

CERTIFIED MAIL

BOSTON MA 020
28 OCT 2020 PM 2 L

9414 7266 9904 2150 8478 13

*RES*

1st NOTICE 10/27/2020
2nd NOTICE _____
RETURNED _____

10/21/20
UTF Expired
Env Expired
04922-RES-1N
-R-T-S-
RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

**DOONAN, GRAVES & LONGOR**
ATTORNEYS AT LAW
100 Cummings Center
Suite 225D
Beverly, Massachusetts 01915

## Return Receipt 1 (Arthur B. Farris IV)

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

1. Article Addressed to:

Arthur B. Farris IV
138 Oakwood Lane
Burnham, ME 04922

9590 9266 9904 2150 8478 23

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8478 20

PS Form 3811, Facsimile, July 2015

A. Signature: X
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

☐ Agent
☐ Addressee

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

Domestic Return Receipt

Thank you for using Return Receipt Service

---

## Return Receipt 2 (Shellie R. Farris)

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

1. Article Addressed to:

Shellie R. Farris
138 Oakwood Lane
Burnham, ME 04922

9590 9266 9904 2150 8478 16

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8478 13

PS Form 3811, Facsimile, July 2015

A. Signature: X
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

☐ Agent
☐ Addressee

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
CS/MK Arthur B. Farris IV, Shellie R. Farris
56023

Domestic Return Receipt

Thank you for using Return Receipt Service