UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WILMINGTON TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR MFRA TRUST 2015-1<br>　　Plaintiff<br><br>v.<br><br><br>SHELLIE R. FARRIS, et al.,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:21-cv-00082-JAW |

## JUDGMENT

In accordance with the Order, issued on September 21, 2021, by U.S. District Judge John A. Woodcock, Jr.,

JUDGMENT of dismissal without prejudice is hereby entered.

　　　　　　　　　　　　　　　　　　　　CHRISTA K. BERRY
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　By:

　　　　　　　　　　　　　　　　　　　　/s/ Teagan Snyder
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Dated this 21st day of September, 2021